## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SANDRA DELSING, and AMBER BOLENG, individually and on behalf of other class members,

    Plaintiffs,

vs.

STARBUCKS COFFEE CORPORATION,

    Defendant.

Case No.: 08-cv-1154 (PJS/JSM)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the above-captioned matter be dismissed with prejudice.

Dated: December 8, 2010

NICHOLS KASTER, PLLP

s/Anna P. Prakash
Paul J. Lukas (#22084X)
E. Michelle Drake (#0387366)
Anna P. Prakash (#351362)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
Email: lukas@nka.com
    drake@nka.com
    aprakash@nka.com

**ATTORNEYS FOR PLAINTIFFS**

1

|  |  |
|---|---|
|  | NILAN JOHNSON LEWIS |
| Dated: December 8, 2010 | s/Joseph Schmitt |

Joseph Schmitt #231447
    jschmitt@halleland.com
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Telephone: 612-338-1838
Facsimile: 612-338-7858

and

AKIN GUMP STRAUSS HAUER & FELD

Daniel L. Nash, D.C. Bar No. 375982
    *(pro hac vice)*
    dnash@akingump.com
Jessica Paniccia, D.C. Bar No. 502022
    *(pro hac vice)*
    jpaniccia@akingump.com
Nathan J. Oleson, D.C. Bar No. 468592
    *(pro hac vice)*
    noleson@akingump.com
Gregory Knopp, N.Y. Bar No. 2892909
    *(pro hac vice)*
    gknopp@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

**ATTORNEYS FOR DEFENDANT**